IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     vs.<br><br>JESSE T. HILL,<br><br>                    Defendant. | **4:25CR3051**<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the Plaintiff's Motion for Preliminary Order of Forfeiture (Filing No. 28).  The Court has carefully reviewed the record in this case and finds as follows:

1.      On June 16, 2025, the United States Attorney in this District filed a one-count Information against the Defendant (Filing No. 3).

2.      The Forfeiture Allegation of the Information sought the forfeiture of 142 Las Casitas II in Fajardo, Puerto Rico; Ownership interest of Individual 1 and/or Archangel Aviation, LLC in a PC12/47E Pilatus Aircraft bearing tail number N586WD; and proceeds in Charles Schwab account 3737-1364 as "property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such violation."

3.      On June 16, 2025, the Court held a change of plea hearing for Defendant and Defendant entered a plea of guilty to Count I and admitted to the Forfeiture Allegation of the Information. (Filing No. 6; Filing No. 10).

4.      In Defendant's Plea Agreement (Filing No. 10), Defendant agreed to forfeit any interest Defendant has in 142 Las Casitas II in Fajardo, Puerto Rico; Ownership interest of Individual 1 and/or Archangel Aviation, LLC in a PC12/47E Pilatus Aircraft bearing tail number N586WD; and proceeds in Charles Schwab account 3737-1364.

5.      Count I of the Information charged Defendant with a violation of 18 U.S.C. § 1349.

6.      Defendant has forfeited his interest in the property. Accordingly, the United States should be entitled to possession of said property pursuant to 21 U.S.C. § 853.

7.      The Government's Motion for Preliminary Order of Forfeiture should be granted.

**IT IS ORDERED:**

1. The Government's Motion for Preliminary Order of Forfeiture (Filing No. 28) is granted.

2. Based upon the Forfeiture Allegation of the Information and the plea of guilty, the Government is hereby authorized to seize 142 Las Casitas II in Fajardo, Puerto Rico; Ownership interest of Individual 1 and/or Archangel Aviation, LLC in a PC12/47E Pilatus Aircraft bearing tail number N586WD; and proceeds in Charles Schwab account 3737-1364.

3. Defendant's interest in 142 Las Casitas II in Fajardo, Puerto Rico; Ownership interest of Individual 1 and/or Archangel Aviation, LLC in a PC12/47E Pilatus Aircraft bearing tail number N586WD; and proceeds in Charles Schwab account 3737-1364 is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. 142 Las Casitas II in Fajardo, Puerto Rico; Ownership interest of Individual 1 and/or Archangel Aviation, LLC in a PC12/47E Pilatus Aircraft bearing tail number N586WD; and proceeds in Charles Schwab account 3737-1364 is to be held by the Government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject property must file a

Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.   The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property and any additional facts supporting the Petitioner's claim and the relief sought.

7.   The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property as a substitute for published notice as to those persons so notified.

8.   Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 28th day of October, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge

3