IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JESSE T. HILL,<br><br>    Defendant. | 4:25CR3051<br><br>ORDER |

  This matter is before the court on the defendant's unopposed oral Motion to Extend Voluntary Surrender Date. After considering the matter, the court will grant the motion.

  IT IS ORDERED that the defendant's oral motion is granted, and the defendant's self-surrender date is continued to **on or before 2:00 p.m. on December 2, 2025.**

  Dated this 1st day of December, 2025.

                BY THE COURT:

                s/ Susan M. Bazis
                United States District Judge